IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| **ROBERT ANDREW JOHNSON, #46031** | **PETITIONER** |
| **VERSUS** | **NO. 1:06cv385-LG-JMR** |
| **PRESTON GOFF, Jr. Warden; and** <br> **JIM HOOD, Attorney General** | **RESPONDENTS** |

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order Issued this date and incorporated herein by reference,

**IT IS HEREBY, ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed as time-barred.

**SO ORDERED AND ADJUDGED** this the 23rd day of March, 2007.

LOUIS GUIROLA, JR.
CHIEF UNITED STATES DISTRICT JUDGE